IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MERCHANTS BONDING COMPANY**                           **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 1:14cv352LG-RHW**

**NORMA R. HOWELL and**
**NRH ENTERPRISES, LLC**
**DEFENDANTS**                                                **DEFENDANT**

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS DAY THIS CAUSE came on to be heard on the joint motion of the parties, *ore tenus*, to dismiss this action, WITHOUT prejudice, and the parties having announced that these matters have been fully compromised and settled and that there remain no issues to be litigated by or between the parties, nor adjudicated or determined by the Court, and all parties have consented to the entry of this Agreed Order of Dismissal Without Prejudice, and agree that this action should be dismissed without prejudice.

The Court being further advised in the premises finds that the Motion to dismiss this action without prejudice is well-taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that this action be and the same hereby is dismissed WITHOUT prejudice.

SO ORDERED AND ADJUDGED, THIS the 27th day of May, 2015.

                                        s/ *Louis Guirola, Jr.*
                                        UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED BY:


   /s *Alec M. Taylor*
ALEC M. TAYLOR (MSB# 102874)
KREBS FARLEY & PELLETERI, PLLC
One Jackson Place, Suite 900
188 East Capitol Street
Jackson, Mississippi 39201
601/968-6710
601/968-6708 (facsimile)
ataylor@kfplaw.com
*Attorneys for Plaintiff*


   /s *Jeffrey G. Pierce*
Jeffrey G. Pierce, Esq. (MSB #99465)
Law Office of Jeffrey G. Pierce, PLLC
Post Office Box 1266
Lucedale, Mississippi 39452-1366
601/766-9105
601/766-9108 (facsimile)
jeffrey.piercelaw@gmail.com
*Attorney for Defendants*